# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
GARNER, MICHAEL C.                  §     Case No. 09-27922
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/JOSEPH E. COHEN_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-27922 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | GARNER, MICHAEL C. | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | | 341(a) Meeting Date: | 08/24/09 |
| For Period Ending: | 06/10/13 | Claims Bar Date: | 05/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand (approximately) | 300.00 | 0.00 | | 0.00 | 0.00 |
| 2. Checking Account (Chase) (joint) (total in account | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Security Deposit w/Camden Brookside Apartments, Lo | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. East Chase Apartments | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. Various Household Goods and Furnishings | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. Wearing Apparel (less than $10,000)(approximately) | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. Jewelry (watch/rings)(less than $2,000) approximat | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. Golf Clubs (replacement value $1,500)(approximatel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 9. State Farm (cash values as of 7/31/09) Policy #130 | 102,402.18 | 0.00 | | 0.00 | 0.00 |
| 10. IRA - Trover | 135,316.51 | 0.00 | | 0.00 | 0.00 |
| 11. IRA - Kovitz | 581,899.80 | 0.00 | | 0.00 | 0.00 |
| 12. IRA - Kovitz | 35,467.57 | 0.00 | | 0.00 | 0.00 |
| 13. IRA - Hand & Tanner | 80,970.60 | 0.00 | | 0.00 | 0.00 |
| 14. Stock - CNA (34,374 shares) | 0.00 | 0.00 | | 166,647.21 | FA |
| 15. Stock - TSI Holding Co., Inc. (124,002 shares) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. (Note: Additional 30,000 shares not yet vested) (N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. Mr. Garner is a contingent remainder beneficiary o | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. Michael Garner Revocable Trust | 1,019.49 | 0.00 | | 0.00 | 0.00 |
| 19. Michael C. Garner and Joan Lucari Garner Irrevocab | 0.00 | 0.00 | | 99,000.00 | FA |
| 20. 1998 BMW 528i (this vehicle has 100,000 miles and | 4,500.00 | 0.00 | | 0.00 | 0.00 |
| 21. Compact Discs | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. Fifth Third Health Savings Account | 3,930.82 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 46.24 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $959,606.97 | $0.00 | | $265,693.45 | $0.00 |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                    Ver: 17.02d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 09-27922  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | GARNER, MICHAEL C. | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | | 341(a) Meeting Date: | 08/24/09 |
| | | Claims Bar Date: | 05/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED RECORDS AND BANK STATEMENTS FROM THE DEBTOR. TRUSTEE NEGOTIATING WITH CNA AND THE DEBTOR FOR TURNOVER OF IMPROPER FUNDS HELD IN PENSION ACCOUNT.  TRUSTEE FILED MOTION TO APPROVE COMPROMISE BETWEEN THE TRUSTEE, JOAN LUNARI AND CNA.  THE COMPROMISE WAS APPROVED.  TRUSTEE TO EMPLOY AN ACCOUNTANT.  CNA IS REFUSUNG TO PAY THE AGREED UPON SETTLEMENT AMOUNT.  THE TRUSTEE WILL FILE A MOTION TO ENFORCE THE JUDGMENT.  TRUSYEE HAS COMMUNICATED WITH COUNSEL FOR CNA AND FUNDS SHOULD BE PAID WITHIN 60 DAYS.  FUNDS HAVE NOW BEEN PAID BY CNA.  TRUSTEE FILING FINAL TAX RETURN AND WILL THEN FILE A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/13      Current Projected Date of Final Report (TFR): 03/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-27922 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1947  Checking Account |
| Taxpayer ID No: | *******6691 | | | |
| For Period Ending: | 06/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 264,071.73 | | 264,071.73 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 162.78 | 263,908.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.16 | 263,740.79 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 162.60 | 263,578.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.92 | 263,410.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 391.56 | 263,018.71 |
| 02/23/13 | 300001 | iILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 53.00 | 262,965.71 |
| | | | Income tax - 2012 FORM IL-1041  35-6856691 | | | | |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 276.85 | 262,688.86 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 353.21 | 262,335.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 390.18 | 261,945.47 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 376.85 | 261,568.62 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 388.88 | 261,179.74 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 264,071.73 | 2,891.99 | 261,179.74 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 264,071.73 | 0.00 | |
| | | Subtotal | 0.00 | 2,891.99 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 2,891.99 | |

Page Subtotals     264,071.73     2,891.99

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 09-27922 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6691 | | | |
| For Period Ending: | 06/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | 19 | Michael Garner/Weissberg & Associates | Settlement of exemption dispute | 1129-000 | 99,000.00 | | 99,000.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.30 | | 99,002.30 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.20 | | 99,006.50 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 99,010.71 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.07 | | 99,014.78 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.20 | | 99,018.98 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.07 | | 99,023.05 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 99,027.26 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.21 | | 99,031.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 99,032.23 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.46 | 98,983.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,984.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 98,985.42 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 98,986.27 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 98,987.08 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,987.92 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,988.76 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 98,989.57 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,990.41 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 126.11 | 98,864.30 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 98,865.11 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 121.89 | 98,743.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.83 | | 98,744.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 121.74 | 98,622.31 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,623.15 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.34 | 98,493.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.78 | | 98,494.59 |

Page Subtotals  99,042.13  547.54

Case 09-27922    Doc 100    Filed 06/22/13    Entered 06/22/13 15:44:25    Desc Main
Document     Page 7 of 12

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-27922 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6691 | | |
| For Period Ending: | 06/10/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.06 | 98,377.53 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 82.72 | 98,294.81 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.83 | | 98,295.64 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 120.90 | 98,174.74 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.81 | | 98,175.55 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 124.73 | 98,050.82 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.83 | | 98,051.65 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 124.57 | 97,927.08 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.80 | | 97,927.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 116.39 | 97,811.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 97,812.33 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 128.28 | 97,684.05 |
| 08/06/12 | 14 | CNA Resources Center | Settlement of Adversary | | 166,647.21 | | 264,331.26 |
| | | CNA RESOURCES CENTER | Memo Amount:     296,192.52 | 1129-000 | | | |
| | | | Settlement of Adversary | | | | |
| | | | Memo Amount:  (   61,953.27 ) | 2810-000 | | | |
| | | | IRS Withholding Taxes | | | | |
| | | | Memo Amount:  (   14,709.63 ) | 2820-000 | | | |
| | | | State of IL Withholding Taxes | | | | |
| | | | Memo Amount:  (   52,882.41 ) | 2500-000 | | | |
| | | | Settlement to CNAF per Court Order | | | | |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 259.53 | 264,071.73 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 264,071.73 | 0.00 |

Page Subtotals     166,651.32     265,145.91

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*
LFORM24

Ver: 17.02d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-27922 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | GARNER, MICHAEL C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1341  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6691 | | | |
| For Period Ending: | 06/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 296,192.52 | COLUMN TOTALS | 265,693.45 | 265,693.45 | 0.00 |
| Memo Allocation Disbursements: | 129,545.31 | Less: Bank Transfers/CD's | 0.00 | 264,071.73 | |
| | | Subtotal | 265,693.45 | 1,621.72 | |
| Memo Allocation Net: | 166,647.21 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 265,693.45 | 1,621.72 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 296,192.52 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 129,545.31 | Checking Account - ********1947 | 0.00 | 2,891.99 | 261,179.74 |
| | | Money Market Account (Interest Earn - ********1341 | 265,693.45 | 1,621.72 | 0.00 |
| Total Memo Allocation Net: | 166,647.21 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 265,693.45 | 4,513.71 | 261,179.74 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 10, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 09-27922 | Claim Number Sequence | | | | |
| Debtor Name: | GARNER, MICHAEL C. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $9,597.00 | $9,597.00 |
| 001<br>3310-00 | FGMK, LLC<br>2801 Lakeside Drive<br>3rd Floor<br>Bannockburn, IL 60015 | Administrative | | $0.00 | $6,387.00 | $6,387.00 |
| 000001<br>050<br>4210-00 | CNA Financial Corporation<br>c/o Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>Attn: Jason J. DeJonker | Secured | | $0.00 | $2,102,974.22 | $2,102,974.22 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $408.03 | $408.03 |
| | Case Totals: | | | $0.00 | $2,119,366.25 | $2,119,366.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-27922
Case Name: GARNER, MICHAEL C.
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | CNA Financial Corporation c/o Seyfarth Shaw LLP 131 South Dearborn Street, Suite 2400 Chicago, IL 60603 Attn: Jason J. DeJonker | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: FGMK, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE