UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARNER, MICHAEL C. | § | Case No. 09-27922 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/29/2016 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/27/2016        By: JOSEPH E. COHEN
                                              TRUSTEE


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
GARNER, MICHAEL C.                    §         Case No. 09-27922
                                      §
         Debtor                       §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 401,446.81 |
| and approved disbursements of | $ | 401,365.76 |
| leaving a balance on hand of[1] | $ | 81.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | CNA Financial Corporation c/o Seyfarth Shaw LLP 131 South Dearborn Street, Suite 2400 Chicago, IL 60603 Attn: Jason J. DeJonker | $ 2,102,974.22 | $ 2,102,974.22 | $ 222,116.50 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 81.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 09-27922   Doc 122   Filed 06/28/16   Entered 06/30/16 23:47:04   Desc Imaged
            Certificate of Notice   Page 3 of 5

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: JOSEPH E. COHEN | $ 67.30 | $ 67.30 | $ 0.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 9,597.00 | $ 9,597.00 | $ 0.00 |
| Accountant for Trustee Fees: FGMK, LLC | $ 12,514.00 | $ 12,514.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 408.03 | $ 408.03 | $ 0.00 |
| Other: JOSEPH E. COHEN | $ 23,322.34 | $ 23,011.94 | $ 81.05 |

Total to be paid for chapter 7 administrative expenses    $    81.05

Remaining Balance    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 09-27922-ABG
Michael C. Garner                                               Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mcamacho              Page 1 of 1              Date Rcvd: Jun 28, 2016
                              Form ID: pdf006             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2016.
```
db             +Michael C. Garner,    1905 S. James Court North,    Lake Forest, IL 60045-4624
aty            +Cohen & Krol,   Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
14537543       +CNA Financial Corporation,    c/o Seyfarth Shaw LLP,    131 South Dearborn Street, Suite 2400,
                 Chicago, IL 60603-5577,    Attn: Jason J. DeJonker
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             FGMK LLC
aty             Norman G Kellerman
                                                                                    TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2016 at the address(es) listed below:
```
              Ariel   Weissberg    on behalf of Interested Party Joan Lucari Garner ariel@weissberglaw.com,
               Hava@weissberglaw.com;victor@weissberglaw.com;rakesh@weissberglaw.com;ilan@weissberglaw.com;ewa@w
               eissberglaw.com;dev@weissberglaw.com;weissberg401@gmail.com;sarah@weissberglaw.com
              Ariel   Weissberg    on behalf of Debtor 1 Michael C. Garner ariel@weissberglaw.com,
               Hava@weissberglaw.com;victor@weissberglaw.com;rakesh@weissberglaw.com;ilan@weissberglaw.com;ewa@w
               eissberglaw.com;dev@weissberglaw.com;weissberg401@gmail.com;sarah@weissberglaw.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              James B Sowka   , chidocket@seyfarth.com;ctholen@seyfarth.com
              James B. Sowka    on behalf of Creditor    CNA Financial Corporation jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              Jason J DeJonker    on behalf of Creditor    CNA Financial Corporation jason.dejonker@bryancave.com,
               carol.duracka@bryancave.com;chdocketing@bryancave.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com;gsullivan@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com;gsullivan@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
               ;gsullivan@cohenandkrol.com
              Joseph E Cohen    on behalf of Accountant    FGMK LLC jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com;gsullivan@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan   Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 12
```