# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARNER, MICHAEL C. | § | Case No. 09-27922 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 3,419.49
*(Without deducting any secured claims)*

Assets Exempt: 1,168,388.50

Total Distributions to Claimants:  222,116.50

Claims Discharged
Without Payment:  333,036.44

Total Expenses of Administration:  179,330.31

3) Total gross receipts of $ 401,446.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 401,446.81  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,025,000.00 | $ 2,102,974.22 | $ 2,102,974.22 | $ 222,116.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 179,640.71 | 179,610.71 | 179,330.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 333,036.44 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,358,036.44 | $ 2,282,614.93 | $ 2,282,584.93 | $ 401,446.81 |

4)  This case was originally filed under chapter 7 on  07/31/2009 .  The case was pending for 87 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/27/2016                    By:/s/JOSEPH E. COHEN
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 296,192.52 |
| Michael C. Garner and Joan Lucari Garner Irrevocab | 1129-000 | 99,000.00 |
| TAX REFUND | 1224-000 | 6,208.05 |
| Post-Petition Interest Deposits | 1270-000 | 46.24 |
| **TOTAL GROSS RECEIPTS** | | **$401,446.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CNA FINANCIAL CORPORATION | 4210-000 | 2,025,000.00 | 2,102,974.22 | 2,102,974.22 | 222,116.50 |
| TOTAL SECURED CLAIMS | | | $ 2,025,000.00 | $ 2,102,974.22 | $ 2,102,974.22 | $ 222,116.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 23,322.34 | 23,322.34 | 23,011.94 |
| JOSEPH E. COHEN | 2200-000 | NA | 148.35 | 118.35 | 148.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 408.03 | 408.03 | 408.03 |
| Settlement to CNAF per Court Order | 2500-000 | NA | 52,882.41 | 52,882.41 | 52,882.41 |
| ASSOCIATED BANK | 2600-000 | NA | 2,562.14 | 2,562.14 | 2,562.14 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 1,490.54 | 1,490.54 | 1,490.54 |
| IRS Withholding Taxes | 2810-000 | NA | 61,953.27 | 61,953.27 | 61,953.27 |
| IILL. DEPT. OF REVENUE | 2820-000 | NA | 53.00 | 53.00 | 53.00 |
| State of IL Withholding Taxes | 2820-000 | NA | 14,709.63 | 14,709.63 | 14,709.63 |
| COHEN & KROL | 3110-000 | NA | 9,597.00 | 9,597.00 | 9,597.00 |
| FGMK, LLC | 3310-000 | NA | 12,514.00 | 12,514.00 | 12,514.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 179,640.71 | $ 179,610.71 | $ 179,330.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Open Account P.O. Box 0001 Los Angeles, CA 90096-0001 | | 3,089.34 | NA | NA | 0.00 |
| | American Express Open Account P.O. Box 0001 Los Angeles, CA 90096-0001 | | 934.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Aadvantage World Mastercard Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | 4,658.15 | NA | NA | 0.00 |
| | Merrill Lynch P.O. Box 0112 Palatine, IL 60055-0112 | | 324,354.65 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 333,036.44 | $ 0.00 | $ 0.00 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 09-27922    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | Date Filed (f) or Converted (c): | 07/31/09 (f) |
| | | 341(a) Meeting Date: | 08/24/09 |
| For Period Ending: 09/27/16 | | Claims Bar Date: | 05/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Cash on hand (approximately) | 300.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account (Chase) (joint) (total in account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit w/Camden Brookside Apartments, Lo | 100.00 | 0.00 | | 0.00 | FA |
| 4. East Chase Apartments | 200.00 | 0.00 | | 0.00 | FA |
| 5. Various Household Goods and Furnishings | Unknown | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel (less than $10,000)(approximately) | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry (watch/rings)(less than $2,000) approximat | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Golf Clubs (replacement value $1,500)(approximatel | 500.00 | 0.00 | | 0.00 | FA |
| 9. State Farm (cash values as of 7/31/09) Policy #130 | 102,402.18 | 0.00 | | 0.00 | FA |
| 10. IRA - Trover | 135,316.51 | 0.00 | | 0.00 | FA |
| 11. IRA - Kovitz | 581,899.80 | 0.00 | | 0.00 | FA |
| 12. IRA - Kovitz | 35,467.57 | 0.00 | | 0.00 | FA |
| 13. IRA - Hand & Tanner | 80,970.60 | 0.00 | | 0.00 | FA |
| 14. Stock - CNA (34,374 shares) | Unknown | 0.00 | | 296,192.52 | FA |
| 15. Stock - TSI Holding Co., Inc. (124,002 shares) | Unknown | 0.00 | | 0.00 | FA |
| 16. (Note: Additional 30,000 shares not yet vested) (N | Unknown | 0.00 | | 0.00 | FA |
| 17. Mr. Garner is a contingent remainder beneficiary o | 0.00 | 0.00 | | 0.00 | FA |
| 18. Michael Garner Revocable Trust | 1,019.49 | 0.00 | | 0.00 | FA |
| 19. Michael C. Garner and Joan Lucari Garner Irrevocab | 0.00 | 0.00 | | 99,000.00 | FA |
| 20. 1998 BMW 528i (this vehicle has 100,000 miles and | 4,500.00 | 0.00 | | 0.00 | FA |
| 21. Compact Discs | Unknown | 0.00 | | 0.00 | FA |
| 22. Fifth Third Health Savings Account | 3,930.82 | 0.00 | | 0.00 | FA |
| 23. TAX REFUND (u) | 0.00 | 6,208.05 | | 6,208.05 | FA |
| 24. Phoenix Life Insurance (Term) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 25. Deferred Compensation Account with Dreyfuls Stock (u) | 37,754.21 | 0.00 | | 0.00 | FA |
| 26. SERP Account CNA Ins Co (u) | 174,446.81 | 0.00 | | 0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 09-27922 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: GARNER, MICHAEL C.

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 07/31/09 (f)
341(a) Meeting Date: 08/24/09
Claims Bar Date: 05/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. Pension CNA Ins Co (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 46.24 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,171,807.99 | $6,208.05 | | $401,446.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SUBMITTED AMENDED TFR TO US TEE June 23, 2016, 11:31 am

TRUSTEE HAS PROMPTLY FILED HIS ESTATE TAX RETURNS AMD SUBMITTED 60 DAY AUDIT REQUEST LETTERS TO THE IRS AND IDOR. PURSUANT TO COURT ORDERED AGREEMENT WITH CNA, FUNDS WERE PAID OVER TO THE TRUSTEE AND A LARGE TAX DEPOSIT SUBMITTED TO THE IRS. LONG AFTER THE 60 DAY PERIOD HAD EXPIRED THE IRS SENT A NOTICE OF UNPAID TAXES TO THE TRUSTEE. THIS WAS EVENTUALLY RESOLVED WITH THE IRS AFTER ALMOST 2 YEARS OF COMMUNICATIONS. THE TRUSTEE SHOULD BE ABLE TO SUBMIT HIS TDR TO THE UST IN 60 DAYS. NO RULE 2004 EXAM WAS NECESSARY BECAUSE THE IRS ACCEPTED THE RETURNS AS FILED. FUNDS HAVE CLEARED ON REISSUANCE OF CHECK TO CNA - May 19, 2016. TRUSTEE TO REISSUE CHECK TO CNA AND FILE MOTION TO PAY ACCOUNTANT ADDITIONAL FEES - 01/20/16. IRS HAS NOW ACCEPTED AMENDED TAX RETURN - Oct. 31, 2015. IRS IS STILL TRYING TO RESOLVE ISSUES - July 30, 2015. TRUSTEE HAS BEEN CORRESPONDING WITH THE IRS REGARDING IMPROPER TAX ASSESSMENT - April 25, 2015. TRUSTEE HAS REQUESTED RECORDS AND BANK STATEMENTS FROM THE DEBTOR. TRUSTEE NEGOTIATING WITH CNA AND THE DEBTOR FOR TURNOVER OF IMPROPER FUNDS HELD IN PENSION ACCOUNT. TRUSTEE FILED MOTION TO APPROVE COMPROMISE BETWEEN THE TRUSTEE, JOAN LUNARI AND CNA. THE COMPROMISE WAS APPROVED. TRUSTEE TO EMPLOY AN ACCOUNTANT. CNA IS REFUSUNG TO PAY THE AGREEDED UPON SETTLEMENT AMOUNT. THE TRUSTEE WILL FILE A MOTION TO ENFORCE THE JUDGMENT. TRUSTEE HAS COMMUNICATED WITH COUNSEL FOR CNA AND FUNDS SHOULD BE PAID WITHIN 60 DAYS. FUNDS HAVE NOW BEEN PAID BY CNA. TRUSTEE FILING FINAL TAX RETURN AND WILL THEN FILE A FINAL REPORT. TRUSTEE TO START PREPARING HIS FINAL REPORT. FINAL REPORT FILED 6/22/13.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-27922 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |

Case Name:   GARNER, MICHAEL C.

Date Filed (f) or Converted (c):   07/31/09 (f)

341(a) Meeting Date:   08/24/09

Claims Bar Date:   05/07/10

TRUSTEE HAS MADE A DISTRIBUTION.  IRS HAS CONTACTED THE TRUSTEE AND IS ATTEMPTING TO COLLECT A TAX THAT IS NOT OWED.

THE TRUSTEE AND THE IRS ARE ATTEMPTING TO DETERMINE WHERE THE TAX DEPOSIT WAS APPLIED - April 30, 2014.  IRS MAY WANT US

TO FILE AN AMENDED RETURN - July 14, 2014.  MEETING WITH IRS TO DISCUSS PENDING ISSUES - Oct. 25, 2014.  IRS IS STILL

REVIEWING AMENDED RETURN - Jan. 17, 2015.

Initial Projected Date of Final Report (TFR): 02/28/13        Current Projected Date of Final Report (TFR): 09/30/13

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-27922  -ABG |
| Case Name: | GARNER, MICHAEL C. |
| | |
| Taxpayer ID No: | *******6691 |
| For Period Ending: | 09/27/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1947  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 264,071.73 | | 264,071.73 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 162.78 | 263,908.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 168.16 | 263,740.79 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 162.60 | 263,578.19 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.92 | 263,410.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 391.56 | 263,018.71 |
| 02/23/13 | 300001 | iILL. DEPT. OF REVENUE | Income tax | 2820-000 | | 53.00 | 262,965.71 |
| | | | Income tax  - 2012 FORM IL-1041  35-6856691 | | | | |
| 03/05/13 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 276.85 | 262,688.86 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 353.21 | 262,335.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 390.18 | 261,945.47 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 376.85 | 261,568.62 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 388.88 | 261,179.74 |
| 07/23/13 | 300003 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 23,011.94 | 238,167.80 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 07/23/13 | 300004 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 67.30 | 238,100.50 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 07/23/13 | 300005 | COHEN & KROL | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,398.00 | 231,702.50 |
| 07/23/13 | 300006 | FGMK, LLC | Accountant for Trustee Fees (Truste | 3310-000 | | 6,387.00 | 225,315.50 |
| | | 2801 Lakeside Drive | | | | | |
| | | 3rd Floor | | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 264,071.73 | 38,756.23 |

Ver: 19.06a

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-27922  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1947  Checking Account |
| Taxpayer ID No: | *******6691 | | |
| For Period Ending: | 09/27/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Bannockburn, IL 60015 | | | | | |
| | 07/23/13 | 300007 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 3,199.00 | 222,116.50 |
| * | 07/23/13 | 300008 | CNA Financial Corporation | Claim 000001, Payment 10.56202% | 4210-003 | | 222,116.50 | 0.00 |
| | | | c/o Seyfarth Shaw LLP | | | | | |
| | | | 131 South Dearborn Street, Suite 2400 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| | | | Attn: Jason J. DeJonker | | | | | |
| | 12/15/15 | 23 | UNITED STATES TREASURY | | 1224-000 | 6,208.05 | | 6,208.05 |
| * | 01/21/16 | 300008 | CNA Financial Corporation | Claim 000001, Payment 10.56202% | 4210-003 | | -222,116.50 | 228,324.55 |
| | | | c/o Seyfarth Shaw LLP | Reiisuance of prior check | | | | |
| | | | 131 South Dearborn Street, Suite 2400 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| | | | Attn: Jason J. DeJonker | | | | | |
| | 01/21/16 | 300009 | CNA Financial Corporation | Claim 000001, Payment 10.56202% | 4210-000 | | 222,116.50 | 6,208.05 |
| | | | c/o Seyfarth Shaw LLP | | | | | |
| | | | 131 South Dearborn Street, Suite 2400 | | | | | |
| | | | Chicago, IL 60603 | | | | | |
| | | | Attn: Jason J. DeJonker | | | | | |
| | 05/24/16 | 300010 | FGMK, LLC | Accountant  for Trustee fees | 3310-000 | | 6,127.00 | 81.05 |
| | | | 2801 Lakeside Drive | Accountant for Trustee fees | | | | |
| | | | 3rd Floor | | | | | |
| | | | Bannockburn, IL 60015 | | | | | |
| * | 08/03/16 | 300011 | JOSEPH E. COHEN | Trustee Fees | 2100-004 | | 81.05 | 0.00 |
| | | | 105 W. MADISON, STE 1100 | Trustee Fees | | | | |
| | | | CHICAGO, IL  60602 | | | | | |
| | 08/30/16 | 300012 | JOSEPH E. COHEN | Trustee Fees | 2200-000 | | 81.05 | -81.05 |
| | | | 105 W. MADISON, STE 1100 | Trustee Fees | | | | |
| | | | CHICAGO, IL  60602 | | | | | |
| * | 09/01/16 | 300011 | JOSEPH E. COHEN | Stop Payment Reversal | 2100-004 | | -81.05 | 0.00 |
| | | | 105 W. MADISON, STE 1100 | STOP PAY ADD SUCCESSFUL | | | | |

| | | Page Subtotals | 6,208.05 | 231,523.55 |
|---|---|---|---|---|

Ver: 19.06a

Page:   3

**Exhibit 9**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-27922  -ABG | |
| Case Name: | GARNER, MICHAEL C. | |
| | | |
| Taxpayer ID No: | *******6691 | |
| For Period Ending: | 09/27/16 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1947  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL  60602 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 270,279.78 | 270,279.78 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 264,071.73 | 0.00 | |
| | | Subtotal | | 6,208.05 | 270,279.78 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 6,208.05 | 270,279.78 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-27922 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GARNER, MICHAEL C. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1341 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6691 | | | |
| For Period Ending: | 09/27/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | 19 | Michael Garner/Weissberg & Associates | Settlement of exemption dispute | 1129-000 | 99,000.00 | | 99,000.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.30 | | 99,002.30 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.20 | | 99,006.50 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.21 | | 99,010.71 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.07 | | 99,014.78 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.20 | | 99,018.98 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.07 | | 99,023.05 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.21 | | 99,027.26 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.21 | | 99,031.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 99,032.23 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.46 | 98,983.77 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 98,984.61 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.81 | | 98,985.42 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.85 | | 98,986.27 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.81 | | 98,987.08 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 98,987.92 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 98,988.76 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.81 | | 98,989.57 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 98,990.41 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 126.11 | 98,864.30 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.81 | | 98,865.11 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 121.89 | 98,743.22 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.83 | | 98,744.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 121.74 | 98,622.31 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 98,623.15 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.34 | 98,493.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.78 | | 98,494.59 |

| | | | Page Subtotals | | 99,042.13 | 547.54 | |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  5

Exhibit 9

Case No:        09-27922  -ABG
Case Name:   GARNER, MICHAEL C.

Taxpayer ID No:  *******6691
For Period Ending:  09/27/16

Trustee Name:        JOSEPH E. COHEN
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:   *******1341  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.06 | 98,377.53 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 82.72 | 98,294.81 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.83 | | 98,295.64 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 120.90 | 98,174.74 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.81 | | 98,175.55 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 124.73 | 98,050.82 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.83 | | 98,051.65 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 124.57 | 97,927.08 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.80 | | 97,927.88 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 116.39 | 97,811.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.84 | | 97,812.33 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 128.28 | 97,684.05 |
| 08/06/12 | 14 | CNA Resources Center | Settlement of Adversary | | 166,647.21 | | 264,331.26 |
| | | CNA RESOURCES CENTER | Memo Amount:        296,192.52 | 1129-000 | | | |
| | | | Settlement of Adversary | | | | |
| | | | Memo Amount:    (      61,953.27 ) | 2810-000 | | | |
| | | | IRS Withholding Taxes | | | | |
| | | | Memo Amount:    (      14,709.63 ) | 2820-000 | | | |
| | | | State of IL Withholding Taxes | | | | |
| | | | Memo Amount:    (      52,882.41 ) | 2500-000 | | | |
| | | | Settlement to CNAF per Court Order | | | | |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 259.53 | 264,071.73 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | | 264,071.73 | 0.00 |

Page Subtotals          166,651.32          265,145.91

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-27922  -ABG |
| Case Name: | GARNER, MICHAEL C. |
| | |
| Taxpayer ID No: | *******6691 |
| For Period Ending: | 09/27/16 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1341  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 296,192.52 | COLUMN TOTALS | | 265,693.45 | 265,693.45 | 0.00 |
| | | Memo Allocation Disbursements: | 129,545.31 | Less:  Bank Transfers/CD's | | 0.00 | 264,071.73 | |
| | | | | Subtotal | | 265,693.45 | 1,621.72 | |
| | | Memo Allocation Net: | 166,647.21 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 265,693.45 | 1,621.72 | |
| | | | | | | NET | | ACCOUNT |
| | | Total Allocation Receipts: | 296,192.52 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 129,545.31 | Checking Account - *******1947 | 6,208.05 | 270,279.78 | 0.00 |
| | | | | Money Market Account (Interest Earn - *******1341 | 265,693.45 | 1,621.72 | 0.00 |
| | | Total Memo Allocation Net: | 166,647.21 | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 271,901.50 | 271,901.50 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00